## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| THE CHARTER OAK FIRE INSURANCE : COMPANY as subrogee of the Covington : at Providence Homeowners' Association :           Plaintiff, : vs. : OMEGA FLEX, INC. :           Defendant. : | Civil Action No.: 12-3198 |

**FILED**

**NOV 2 9 2012**

MICHAEL E. KUNZ, Clerk
By _____Dep. Clerk

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff The Charter Oak Fire Insurance Company as subrogee of the Covington at

Providence Homeowners' Association and Defendant Omega Flex, Inc. by and through their

respective attorneys of record, hereby stipulate and agree that all claims and issues in the above

entitled suit have been fully compromised and settled and that the suit shall be dismissed in its

entirety with prejudice, each party to bear its own costs and attorneys fees.

Respectfully submitted,

Jared L. Elster, Esquire   ID No. 311430
Law Offices of Robert A. Stutman, P.C.
20 East Taunton Road
Suite 403
Berlin, NJ 08009
Phone No: (856) 767-6800 ext. 25
Fax No: (856) 767-6810
ElsterJ@Stutmanlaw.com

Lynne O'Brien, Esquire ID No. 201321
Campbell, Campbell, Edwards& Conroy, P.C.
1205 Westlakes Drive
Suite 330
Berwyn, PA 19312
Phone No:  (610) 727-5027
Fax No:  (610) 964-1981
lobrien@campbell-trial-lawyers.com